## John H. Shroeder v. A. B. Clarke et al.

1. APPELLATE COURT PRACTICE—*Where There is Uncertainty as to What is Before the Court.*—In the trial court two cases between the same parties were tried together and verdicts returned, but no judgments appear to have been rendered, and no stipulation is filed as to which case is appealed. *Held,* that with this uncertainty about the matter the appeal must be dismissed.

Transcripts, from a justice of the peace. Error to the Circuit Court of Randolph County; the Hon. GEORGE W. WALL, Judge, presiding. Heard in this court at the August term, 1897. Dismissed. Opinion filed September 10, 1897.

WM. HARTZELL and J. B. SIMPSON, attorneys for plaintiff in error.

A. G. GORDON, attorney for defendants in error.

OPINION PER CURIAM.

November 16, 1896, plaintiff in error recovered two judgments, for $124.28 each, against defendants in error, before H. S. Burbes, a justice of the peace of Randolph county, from which defendants appealed to the Circuit Court of said county.

On the trial in the Circuit Court the parties agreed that the two cases should be tried by the same jury. In one of the cases the jury returned a verdict in favor of the defend-

ants, and in the other returned a verdict as follows:    "We, the jury, find the defendant entitled to a credit of $93.50 (ninety-three dollars fifty cents————), leaving bal. due plaintiff $38 (thirty-eight dollars)."

No judgment appears to have been rendered on either of the verdicts, and no stipulation filed as to which case has been brought here.    With this uncertainty about the entire matter, this court can do nothing but dismiss the case.